# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 9, 2009

Charles R. Fulbruge III
Clerk

No. 06-40252

CECIL MADLOCK,

Petitioner - Appellant

v.

RICK THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

Respondent - Appellee

Appeal from the United States District Court
for the East District of Texas
USDC No. 6:05-CV-142

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Supreme Court vacated this court's April 16, 2007, order denying Cecil
Madlock a certificate of appealability (COA), and the Court remanded the matter
for further consideration in the light of *Jimenez v. Quarterman*, 129 S. Ct. 681
(2009). "Where a state court grants a criminal defendant the right to file an
out-of-time direct appeal during state collateral review, but before the defendant

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

has first sought federal habeas relief, his judgment is not yet 'final' for purposes of § 2244(d)(1)(A)." *Jimenez*, 129 S. Ct at 686. Under *Jimenez*, Madlock's 28 U.S.C. § 2254 petition was timely.

We therefore grant a COA, grant Madlock leave to proceed in forma pauperis (IFP), vacate the district court's judgment of January 10, 2007, that dismissed Madlock's § 2254 petition as untimely, and remand the matter to the district court for consideration of Madlock's constitutional claims in the first instance. *See Houser v. Dretke*, 395 F.3d 560, 562 (5th Cir. 2004); *Whitehead v. Johnson*, 157 F.3d 384, 387-88 (5th Cir. 1998).

COA GRANTED; IFP GRANTED; JUDGMENT VACATED; CASE REMANDED.